# NO. 12-21-00095-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE* |
| *ESTATE OF RENE OCHOA, JR.* | § | *COUNTY COURT AT LAW* |
|  | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Brenda Jaqueline Reyes, filed a motion to dismiss this appeal on grounds that she no longer wishes to pursue the appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered September 1, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 1, 2021

NO. 12-21-00095-CV

**ESTATE OF RENE OCHOA, JR.**

Appeal from the County Court at Law
of Anderson County, Texas (Tr.Ct.No. 16611)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*